**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **INDIVIOR INC. and INDIVIOR UK LIMITED,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES INC., and ENDO INTERNATIONAL PLC,**<br><br>**Defendants.** | **Civil Action No. 17-7997 (KM)(CLW)**<br><br>**(Filed Electronically)** |
| **INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES INC., and ENDO INTERNATIONAL PLC.,**<br><br>**Defendants.** | **Civil Action No. 18-1780 (KM)(CLW)** |

# CONSENT JUDGMENT

Indivior Inc. (formerly known as Reckitt Benckiser Pharmaceuticals Inc.) and Indivior UK Limited (formerly known as RB Pharmaceuticals Limited) (hereinafter "Indivior"); Aquestive Therapeutics, Inc. (formerly known as MonoSol Rx LLC) (hereinafter "MonoSol"); and Par Pharmaceutical, Inc., Par Pharmaceutical Companies Inc. and Endo International PLC (hereinafter "Par"), the parties in the above-captioned actions, have agreed to terms and conditions representing a negotiated settlement of the actions and have set forth those terms and

conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the actions, as follows:

IT IS this 21st day of May, 2018:

**ORDERED, ADJUDGED AND DECREED** as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties for purposes of these actions only.

2. As used in this Consent Judgment, (i) the term "Par Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 205854 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patents" shall mean United States Patent Number 9,687,454 and United States Patent Number 9,855,221; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Par; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Par, including any of its Affiliates, successors and assigns, is enjoined from infringing the

Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing the Par Product.

4. Compliance with this Consent Judgment may be enforced by Indivior and its successors in interest or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in these actions are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

Kevin McNulty, U.S.D.J.

We hereby consent to the form and entry of this Order:

s/ William C. Baton
Charles M. Lizza
(clizza@saul.com)
William C. Baton
(wbaton@saul.com)
Sarah A. Sullivan
(sarah.sullivan@saul.com)
David L. Moses
(dmoses@saul.com)
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza
Newark, New Jersey 07102-5426
P: (973) 286-6700

*Attorneys for Plaintiffs Indivior Inc., Indivior UK Limited, and Aquestive Therapeutics, Inc.*

Daniel A. Ladow
James M. Bollinger

s/ Gregory D. Miller
Gregory D. Miller
(gregory.miller@rivkin.com)
Gene Y. Kang
(gene.kang@rivkin.com)
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South – West Wing
Hackensack, NJ 07601
P: (201) 287-2460

Daniel G. Brown (pro hac vice)
(daniel.brown@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
P: (212) 906-1200

Terry Kearney (pro hac vice)
(terry.kearney@lw.com)

Timothy P. Heaton
J. Magnus Essunger
Katherine Harihar
Gerald E. Porter
TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
P: (212) 704-6000

Daniel T. Sharpe
TROUTMAN SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
P: (202) 662-2081

Charanjit Brahma
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
P: (415) 477-5713

R. Jason Fowler
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
P: (202) 662-6000

*Attorneys for Plaintiffs*
*Indivior Inc. and Indivior UK Limited*

Jamie L. Lucia
STEPTOE & JOHNSON LLP
1 Market St
Steuart Tower, Suite 1800
San Francisco, CA 94105
(415) 365-6711

*Attorney for Plaintiff*
*Aquestive Therapeutics, Inc.*

Michelle P. Woodhouse (pro hac vice)
(michelle.woodhouse@lw.com)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
P: (650) 328-4600

Jennifer Koh (pro hac vice)
(jennifer.koh@lw.com)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
P: (858) 523-5400

*Attorneys for Defendants*
*Par Pharmaceutical Inc., Par Pharmaceutical Companies Inc. and Endo International PLC*